# United States District Court
## Southern District of Georgia

JVASEZO EZZAY TWILLIE,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV 618-091

BOBBITT, et al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 19, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is granted. Plaintiff's Complaint is dismissed and leave to appeal in forma pauperis is denied. This case stands closed.

July 19, 2021
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Cobbell*
(By) Deputy Clerk